

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

| | | |
|---|---|---|
| | § | |
| FARAH ELIAS AKELL, | § | No. 08-17-00034-CR |
| Appellant, | § | Appeal from the |
| v. | § | 34th District Court |
| THE STATE OF TEXAS, | § | of El Paso County, Texas |
| State. | § | (TC# 20140D01224) |
| | § | |

## O R D E R

The Court GRANTS the Appellant's fourth motion for extension of time within which to file the brief until **October 30, 2017**. NO FURTHER MOTIONS FOR EXTENSION OF TIME TO FILE THE APPELLAT'S BRIEF WILL BE CONSIDERED BY THIS COURT.

It is further ORDERED that the Hon. Louis E. Lopez, Jr., Appellant's attorney, prepare the Appellant's brief and forward the same to this Court on or before October 30, 2017.

IT IS SO ORDERED this 2nd day of October, 2017.


PER CURIAM


Before McClure, C.J., Rodriguez, and Palafox, JJ.